TCL
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

UNITED STATES OF AMERICA

v.  Case No. 22-MJ-481 JFD

ANDREW KYLE WHITTECAR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANDREW KYLE WHITTECAR
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment  ___ Superseding Indictment  ___ Information  ___ Superseding Information  _X_ Complaint
___ Probation Violation Petition  ___ Supervised Release Violation Petition  ___ Violation Notice  ___ Order of the Court

On or about April 27, 2022, in Douglas County, in the State and District of Minnesota, defendant, did unlawfully, knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

On or about April 27, 2022, in Douglas County, in the State and District of Minnesota, defendant, having previously been convicted of at least one crime punishable by a term of imprisonment exceeding one year, and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a a Glock model 17 9mm semiautomatic pistol bearing serial number BGYL917, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Date: June 6, 2022

*Issuing officer's signature*

City and State: St. Paul, MN

John F. Docherty
United States Magistrate Judge
*Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: 6/06/2022 _____

*Arresting officer's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime and
email pursuant to Fed. R. Crim. P. 41(d)(3).

*Printed name and title*